IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ꞏꞏ    O.C.

05 NOV 23  AM 8: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) | NO. 05-2763 Ma V |
| MSU BENEFITS GROUP, INC., | ) ) ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE AT THE COST OF THE PLAINTIFF

This cause came on to be heard before the Honorable Samuel H. Mays, Jr., Judge of the United States District Court of the Western District of Tennessee for the Western Division, upon the announcement of the attorney for the Plaintiff, from all of which it appears to the Court as follows:

That this cause should be dismissed with prejudice at the cost of the Plaintiff.

ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

_____
SAMUEL H. MAYS, JR.
U.S. District Court Judge
DATE: November 21, 2005

_____
McCULLOUGH & McCULLOUGH
Attorneys for Plaintiff (17957)
9050 Corporate Gardens Drive
Germantown, Tennessee 38137
(901) 755-8881

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded, by U. S. Mail, postage prepaid, to the attorneys for all interested parties and to any parties unrepresented by counsel on this the _16_ day of _November_, 20_05_.

_____
McCULLOUGH & McCULLOUGH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02763 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT