UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SHELBY COUNTY HEALTH CARE
CORPORATION, d/b/a REGIONAL
MEDICAL CENTER,

      Plaintiff,

v.                                                  Cv. No. 05-2763-Ma

MSU BENEFITS GROUP, INC.,

      Defendant.

# JUDGMENT

      Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice At The Cost of The Plaintiff, docketed November 28, 2005.

**APPROVED:**

/s/ Samuel H. Mays, Jr.
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 1, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-7-05_

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02763 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT